HARRIET ALBERTSON, Appellant, v. LOEW'S LEXINGTON, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, Respondent, v. JAMES W. DECKER and NEWS PROJECTION CORPORATION, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

HARRY G. CLARK, Appellant, v. GEORGE F. HINRICHS, INC., Respondent. (Action No. 1.) HARRY G. CLARK, Appellant, v. GEORGE F. HINRICHS, INC., Respondent. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

IGNATZ RIPP, an Infant, by JOHN RIPP, His Guardian ad Litem, Respondent, v. OTTILIE M. KOONTZ, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JOHN RIPP, Respondent, v. OTTILIE M. KOONTZ, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Respondent, v. RICHARD CROKER, JR., Individually and as Trustee under a Trust Agreement between RICHARD CROKER, ELIZABETH CROKER, His Wife, and RICHARD CROKER, JR., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN FRANKLIN EDDY, Appellant, v. MARY HODGE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JACOB A. JACOBS, Respondent, v. NATHAN E. NEWMAN, Appellant.— Orders modified by striking out all after the word " denied," and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., dissents.

HARRIET J. RALDIRIS, Respondent, v. E. H. H. SIMMONS, as President of the NEW YORK STOCK EXCHANGE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [138 Misc. 473.]

LACE SELLING COMPANY, Appellant, v. BARNET SHAPIRO and MEYER FRIEDMAN, Individually and as Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.